Sarah H. Barnes and Others, Appellants, Respondents, v. Midland Railroad Terminal Company, Respondent, Appellant.— Order modified so that the defendant may serve a supplemental answer upon payment of $300, provided it stipulate to waive all costs if it finally prevail perforce alone of the new matter in such answer, and also that plaintiffs may withdraw, without costs, any allegations in their complaint as to which new matter by way of defense is set up in said answer; and as so modified the order is affirmed, without costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

William Bell, Respondent, v. Louis Eriksen and Charlotte Eriksen, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Benevolent and Protective Order of Elks, Respondent, v. The Improved Benevolent and Protective Order of Elks of the World, and the Grand Lodge of the Improved Benevolent and Protective Order of Elks of the World, Appellants.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Oscar B. Bergstrom and Henry A. Taylor, Doing Business under the Firm Name and Style of Bergstrom & Company, Respondents, v. Westminster Realty Corporation and Henry Snyder, Defendants, Impleaded with Thomas F. Quinn, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Gaynor. Burr, Rich and Miller, JJ., concurred.

Mary Ann Bertina, Respondent, v. The People's Trust Company, as Administrator, etc., of Francis E. Frith, Deceased, Defendant, Impleaded with Anna